UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NOE MOLINA BENITEZ
        Petitioner

v.                                  **Judgment in a 2255 Case**

UNITED STATES OF AMERICA
        Respondent                  Criminal Case No. 7:07-CR-136-F-1
                                          Civil Case Number: 7:09-CV-66-F

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for consideration of the petitioners motion to vacate.

**IT IS ORDERED AND ADJUDGED** that the petitioners motion to vacate the judgment entered herein on May 14,2008 amending judgment, is ALLOWED in lieu of a contested evidentiary hearing.

This Judgment Filed and Entered on March 29, 2010, with service on:

Mitchell G. Styers and William E. H. Creech (via CM/ECF Notice of Electronic Filing)

March 29, 2010                                    /s/ Dennis P. Iavarone
                                                          Clerk

Raleigh, North Carolina